1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

7
## EASTERN DISTRICT OF CALIFORNIA

8
9
JOHN ARCENAUX,

            Plaintiff,

10
11
    v.

ARNOLD SCHWARZENEGGER, et al.,

12
           Defendants.

13
_____/

CASE NO.   1:10-cv-355-AWI-MJS (PC)

ORDER VACATING FINDINGS AND RECOMMENDATION

(ECF No. 6)

14
15    Plaintiff John Arcenaux ("Plaintiff") is a state prisoner proceeding pro se and in

16    forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 17, 2010,

17    the Court recommended that this action be dismissed for failure to prosecute based on

18    Plaintiff's failure to keep the Court apprised of his address.    (Findings and

19    Recommendation to Dismiss for Pl.'s Failure to Prosecute 2, ECF No. 6.)  Plaintiff objected

20    to the Court's recommendation and included his current address.  (Obj., ECF No. 7.)

21    Because the Court can now maintain contact with the Plaintiff, the Court's

22    recommendation that Plaintiff's case be dismissed is no longer appropriate.  Accordingly,

23    the Court's Findings and Recommendation (ECF No. 6) is VACATED.

24    The Court notes that Plaintiff was never served with the First Information Order.

25    The Clerk is ORDERED to resend the First Informational Order to the Plaintiff along with

26    a copy of this order.

27    IT IS SO ORDERED.

28    Dated: ___June 29, 2010___          /s/ *Michael J. Seng*

1    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28